**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Charlwell Operating LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Charlwell House** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **30-0937802** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**124 Washington St**
**Foxboro, MA 02035-1368**
Number, Street, City, State & ZIP Code

**Norfolk**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Charlwell Operating LLC**                                           Case number (*if known*) _____

Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**6231**_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor   **See Attachment**  Relationship _____

District _____  When _____  Case number, if known _____

---

Debtor   **Charlwell Operating LLC**
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Charlwell Operating LLC**                                          Case number (*if known*) _____
　　　　　Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 | 13 | 2020
　　　　　　　 MM / DD / YYYY

X _____        **Craig R. Jalbert**
　　Signature of authorized representative of debtor        Printed name

Title  **Manager**

**18. Signature of attorney**

X _____        Date  4-13-20
　　Signature of attorney for debtor                          MM / DD / YYYY

**John O. Desmond**
Printed name

**John O. Desmond**
Firm name

**5 Edgell Rd Ste 30A**
**Framingham, MA 01701-4890**
Number, Street, City, State & ZIP Code

Contact phone  **(508) 879-9638**        Email address  **attorney@jdesmond.com**

**554580**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Debtor   **Charlwell Operating LLC**
_____   Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS
_____

Case number (*if known*) _____   Chapter   __7__

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Kimwell Operating, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | **4/13/20** | Case number, if known | |
| Debtor | **NSL Blue Hills, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |
| Debtor | **NSL Brigham, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |
| Debtor | **NSL Country Gardens, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |
| Debtor | **NSL Franklin, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |
| Debtor | **NSL Crawford, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |
| Debtor | **KD Operating, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |
| Debtor | **NSL Hanover, LLC** | | | Relationship to you | **Affiliate** |
| District | **Massachusetts** | When | | Case number, if known | |

**OMNIBUS ACTION BY WRITTEN CONSENT OF THE
SOLE MANAGER OF NSL BLUE HILLS LLC, NSL BRIGHAM LLC, NSL
COUNTRY GARDENS LLC, NSL HANOVER LLC, NSL CRAWFORD LLC, NSL
FRANKLIN LLC, KD OPERATING LLC, CHARWELL OPERATING LLC AND
KIMWELL OPERATING LLC**

The undersigned, being the sole manager (the "Manager") of NSL Blue Hills LLC,

a Delaware limited liability company, NSL Brigham LLC, a Delaware limited liability company,

NSL Country Gardens LLC, a Delaware limited liability company, NSL Hanover LLC, a Delaware

limited liability company, NSL Crawford LLC, a Delaware limited liability company, NSL

Franklin LLC, a Delaware limited liability company, KD Operating LLC, a Massachusetts limited

liability company, Charwell Operating LLC, a Massachusetts limited liability company, and

Kimwell Operating LLC, a Massachusetts limited liability company (each, a "Company" and

collectively, the "Companies"), pursuant to section 18-404 of the Delaware Limited Liability

Company Act (6 Del. C. § 18-101, et seq.) or Section 26 of the Massachusetts Limited Liability

Company Act, as applicable, hereby consents and adopts in writing the following resolutions.

I.     **Voluntary Petitions Under the Provisions of
       Chapter 7 of the United States Bankruptcy Code**

> **RESOLVED**, that, in the business judgment of the Manager, to ensure, among
> other things, a fair and ratable distribution of assets, it is desirable and in the best
> interest of each Company, its respective creditors, stakeholders and other interested
> parties, that each Company commence a chapter 7 case (each, a "Chapter 7 Case"
> and collectively, the "Chapter 7 Cases") by filing a voluntary petition for relief
> under the provisions of chapter 7 of title 11 of the United States Code (the
> "Bankruptcy Code") in the United States Bankruptcy Court for the District of
> Massachusetts (the "Bankruptcy Court"); and it is further

> **RESOLVED**, that John O. Desmond shall be employed as general bankruptcy
> counsel for each Company in the Chapter 7 Cases, and in connection therewith,
> each Company is authorized to pay appropriate retainers to retain the services of
> John O. Desmond; and it is further

> **RESOLVED**, that Craig Jalbert, in his capacity as Manager, is authorized with full
> authority to act, and in the name of each Company, to execute and verify or certify

a petition under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court; and it is further

**RESOLVED**, that Lisa Sophia (the "Authorized Person"), with full authority to act, without others, be and hereby is, authorized and empowered on behalf of and in the name of each Company, to execute, verify and file or cause to be filed all schedules, lists, motions, applications, and other papers and documents necessary or desirable in connection with the Chapter 7 Cases, including the Schedules of Assets and Liabilities and Statement of Financial Affairs for each Company and to testify at the 341 meeting of creditors on behalf of each Company, and to take any and all action deemed necessary, proper, or desirable in connection with the Chapter 7 Cases; and it is further

**RESOLVED**, that each Company is authorized to immediately pay the Authorized Person a stipend as compensation for performing the services described above and as reimbursement for the reasonable expenses she may incur traveling to Wilmington, Delaware to testify at the 341 meeting of creditors; and it is further

**RESOLVED**, that each Company is authorized to pay Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C, as counsel to each Company, a stipend as compensation for services to be provided including, but not limited to, assisting John O. Desmond to prepare schedules, lists, motions, applications, and other papers and documents necessary or desirable in connection with the Chapter 7 Cases; and it is further

**RESOLVED**, that any and all past actions heretofore taken by management of any Company, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C, The Rosner Law Group LLC, the Authorized Person or any of their respective agents or officers in the name of and on behalf of any Company in furtherance of any or all of the preceding resolutions be and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, the undersigned has executed these resolutions as of this 13th day of April, 2020.

> NSL Blue Hills LLC, a Delaware limited liability company, NSL Brigham, LLC, a Delaware limited liability company, NSL Country Gardens LLC, a Delaware limited liability company, NSL Hanover LLC, a Delaware limited liability company, NSL Crawford LLC, a Delaware limited liability company, NSL Franklin LLC, a Delaware limited liability company, KD Operating LLC, a Massachusetts limited liability company, Charwell Operating LLC, a Massachusetts limited liability company, and Kimwell Operating LLC, a Massachusetts limited liability company,
>
> By: _____
>
> Name:  Craig R. Jalbert
> Title:   Manager for the Companies

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                    Chapter 7

Charlwell Operating LLC                  Case No.
        Debtor


CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B), and to enable the Judges to evaluate possible disqualifications or recusal, the undersigned representative for

Charlwell Operating LLC

in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under Fed. R. Bankr. P. 7007.1

MA Operations Holdings, LLC
199 Community Drive
Great Neck, NY 11021

OR

[   ]        There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


                                    /s/ Craig R. Jalbert
Dated:    April, 13, 2020          _____
                                    Craig R. Jalbert
                                    Manager
                                    124 Washington Street
                                    Foxboro, MA 02035
                                    (508) 543-1720

**United States Bankruptcy Court**
**District of Massachusetts, Boston Division**

IN RE:                                                        Case No. _____

Charlwell Operating LLC _____    Chapter **7** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 13, 2020**_____    Signature: **/s/ Craig R. Jalbert**_____
                                        **Craig R. Jalbert, Manager**                        Debtor


Date: _____    Signature: _____
                                                                      Joint Debtor, if any

© 2020 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

A. CHARPENTIER POWER SYSTEMS INC
30 DUNNELL LANE
Pawtucket RI 2860


Accelerated Care Plus Leasing Inc.
13828 Collections Center Dr.
Chicago IL 60693

Access RN
1540 South Holland
Maumee OH 43537


AFFORDABLE LANDSCAPING
142 RIDGEWOOD DR.
Norwood MA 2062

Air Duct Services
PO BOX 850589
Braintree MA 2185


Alice Richer
100 Williams St
Wrentham MA 2093

Allbridge
PO Box 99129
Raleigh NC 27624


Allscripts Healthcare, LLC
24630 Network Place
Chicago IL 60673

Allstate Medical
34 35th Street
Brooklyn NY 11232


Alpha-Med
15 America Ave Suite 208
Lakewood NJ 8701


Associated Elevator Companies
583D Forest Rd.
So. Yarmouth MA 2664

Boston Orthotics
30 Robert W. Boyden Street
Unit A 1100
Taunton MA 2780

Brewster Amb Service Inc.
25 Main St.
Weymouth MA 2188

Briggs Healthcare
4900 University Ave.
Suite 200
West Des Moines IA 50266

Caretech
1123 McDonald Avenue
Brooklyn NY 11230

CAROL MATTHEWS
1524 VICTORY HWY
Coventry RI 2816

CARPENTER, THOMAS P.
PO BOX 554
MASHPEE MA 2649

Chuck Dee Entertainment
P.O. Box 177
Westport MA 2790

ConnectRn, Inc.
77 Studio Rd.
Newton MA 2466

Crown Care Services INC
Po Box 86
Lakewood NJ 8701

Culinary Depot
2 Melnick Drive
Monsey NY 10952

Custom Scale

34 Woodbine Dr.
Plymouth MA 2360

CVR Supplies
621 Dahill Rd.
Brooklyn NY 11218

De Lage Financial Services INC
PO Box 41602
Philadelphia PA 19101

Delbello Donnellan Weingarten Wise
One North Lexington Avenue
White Plains NY 10601

Digital Office Concepts
5824 11th Ave
Brooklyn NY 11219

Direct Supply
P.O. Box 88201
Milwaukee WI 53288

DSSI
6767 N. Industrial Rd.
Milwaukee WI 53223

Ecolab
PO Box 32027
New York NY 0

EHS
823 Pleasant St.
Norwood MA 2062

Encompass Group, LLC
Dept 40254
PO Box 740209
Atlanta GA 30374

EOHHSS
600 Washington St
7th Floor
Boston MA 2111

Evergreen
PO Box 250
Lawrence NY 11559


Favorite Healthcare Staffing
PO Box 803356
Kansas City MO 64180

Fire Systems Inc.
955 Reed Road
Dartmouth MA 2747


FRIECE ELECTRICAL SERVICE
596C PROVIDENCE HWY
Norwood MA 2062

Garment Machinery Company
22020 Reservoir Street
Needham MA 2494


Green Fun Events
40 Revere St.
Canton MA 2021

Guardian
PO Box 824404
Philadelphia PA 19182


Guardian CSC
6000 Susquehanna Plaza Drive
York PA 17402


H & R Healthcare
1750 Oak Street
Lakewood NJ 8701


HD Supply
PO Box 509058
San Diego CA 92150

Healthcare Services Group
3220 Tillman Drive
Bensalem PA 19020

Hessco
One Merchant Street
Sharon MA 2067

HMM, CPAs LLP
527 Townline RoadSuite 203
Hauppage NY 11788

Home Depot Pro
PO Box 415133
Boston MA 2241

Intelycare
1515 Hancock Street
Quincy MA 2169

IPC Healthcare
P.O. Box 844929
Los Angeles CA 90084

Issacs Friedberg LLP.
555 S. Flower St Suite 42
Los Angeles CA 90071

JBS Aviation
199 Community Drive
Great Neck NY 11021

Jeffrey A. Cohen & Associates, LLC
110 Cedar St.
Wellesley MA 2481

Jet Wave
Po Box 50131
Brooklyn NY 11205

JOE WARREN & SONS
916 PLEASANT ST UNIT 18
Norwood MA 2062

Joerns Healthcare
2430 Whitehall Park Dr.

Suite 100
Charlotte NC 28272

Jorene Lange
186 Park Circle
Attleboro MA 2703

Keith Snow
18 Ridge St
Millis MA 2054

Ken Kelley- Petty Cash
305 Walpole Street
Norwood MA 2062

Landscape America
840 Franklin St.
Wrentham MA 2093

Law Offices of Thomas P. Carpenter
P.O. Box 554
Mashpee MA 2649

LITURGICAL PUBLICATIONS
4560 EAST 71 STREEET
CUYAHOGA HEIGHTS OH 44105

LTC Consulting Services LLC
100 Boulevard of the Americas
Lakewood NJ 8701

Margolis and Bloom
100 WILLIAM ST SUIITE 220
Wellesley MA 2481

Massachusetts Senior Care Assoc
800 South Street, Suite 280
Waltham MA 2453

MassTex Imaging, LLC
3 Electronics Ave
Suite 201
Danvers MA 1923

MCKESSON
PO BOX 204786
Dallas TX 75320


McKesson Medical Surgical
Lockbox 630693
Cincinnati OH 45263

MedaCure
4718 18th Ave.
Suite 151
Brooklyn NY 11204


Medical Eye Care
PO Box 6300
Providence RI 2940

Medline Healthcare
Box 382075
Pittsburgh PA 15251


Medline Industries, Inc.
Po Box 382075
Pittsburgh PA 0


Medline PPD Invoicing
Po Box 382075
Pittsburgh PA 0


Memic Indeminty Company
PO Box 9500
Lewiston ME 4243

Mirick O' Connell
100 Front St.
Worcester MA 1608


MOBILEX USA
PO BOX 62510
Baltimore MD 21264

Modern Pest
100 Pleasant St
Brunswick ME 4011

National Datacare Corp
P.O. Box 222430
Chantilly VA 20153

NEW ENGLAND FIRE PATROL INC
117 LANCASTER STREET
Quincy MA 2169

New Premier Management
1413 38th Street
Brooklyn NY 11218

Norwood Hospital
800 Washington Street
Norwood MA 20623487

P&G Insurance Brokers
1648 61st Street
Brooklyn NY 11204

Patterson Medical
28100 Torch Pkwy Suite 700
Warrenville IL 60555

Pharmerica
PO Box 409251
Atlanta GA 30384

Pharmscript, LLC
150 PIERCE ST
Somerset NJ 8873

Phonamations
186 Columbus Ave. S.
Lakewood NJ 8701

Pitney Bowes Lease
PO Box 371887
Pittsburgh PA 152507887

Pitney Bowes Purchase Power
P.O. Box 371874

Pittsburgh PA 15250

Point Click Care
PO Box 674802
Detroit MI 48267

PointRight, Inc.
Department 5290
PO Box 4110
Woburn MA 0

Prime Care Technologies Inc.
6650 Sugarloaf Parkway, Suite 400
Duluth GA 30097

READY REFRESH
PO BOX 856192
LOUISVILLE KY 402856192

ReliaTech Network Solutions
3009 Avenue K
Brooklyn NY 11210

SANBORN GLASS
242 Pleasant St
Norwood MA 2062

Sapphire Background Check
4714 Ft. Hamilton Pkwy
Brooklyn NY 11219

Savitha Gowda, MD
95 Chapel Street
Norwood MA 2062

Serene Health Services
150 Blueridge Dr.
Waterbury CT 6704

SHERWINWILLIAMS Charlwell
403 HIGH PLAIN ST
Walpole MA 2081

Sky Credit

PO Box 1575 ?Lockbox #207
Minneapolis MN 55480


SOUTHCOAST
PO BOX 415022
Boston MA 2211

Stephen Leivi
182 Spraque Street
Dedham MA 2026


Stericycle, Inc.
4010 Commercial Avenue
Northbrook IL 60062


Supply Line Medical
1771 Madison Ave.
Suite 7
Lakewood NJ 87011251


SUPPORT MEDICAL SYSTEMS, INC
593 AIRPORT ROAD
Fall River MA 2720

surgi-care
po box 552249
Waltham MA 2455


Ted's Power Music
PO Box 409
Natick MA 1760

Tender Touch Rehab Services LLC
PO BOX 781928
Philadelphia PA 191781928


Theodore Hardgrove
174 Woodward Rd
Providence RI 2904

Theodore Hardgrove, MSW, LICSW
174 Woodward Rd.
Providence RI 2904

Town Of Norwood
206 Central Street
Box 40
Norwood MA 2062

TOWN OF NORWOOD    Electric
PO Box 9101
Norwood MA 2062

TOWN OF NORWOOD   Water
PO Box 9101
Norwood MA 2062

TwinMed
PO Box 847340
Los Angeles CA 90084

US LAB & RADIOLOGY INC
PO BOX 536524
Pittsburgh PA 15253

Valmar Surgical
1771 Madison Ave Ste 7
Lakewood NJ 8701